# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128967

THOMAS CODDINGTON,
      Plaintiff/Counter-Defendant,

v

SPECIALIZED VEHICLES, INC., and
2468 ASSOCIATES, L.L.C.,
      Defendants/Counter-
      Plaintiffs-Appellees,

and

GARY H. CUNNINGHAM,
      Appellant.
_____/

SC: 128967
COA: 260269
Oakland CC: 2000-026955-CK

      On order of the Court, the application for leave to appeal the May 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

d1121